```
ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK LLOYD RUDY
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>MARK LLOYD RUDY,<br><br>        Defendant. | Case No.: CR-F-04-5172 OWW<br><br>STIPULATION FOR CONTINUANCE AND ORDER THEREIN<br><br>**NOTE TO COUNSEL – CONTINUED DATE CHANGED** |

   IT IS HEREBY STIPULATED between the Defendant, Mark Lloyd Rudy, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Jonathon B. Conklin, that the Status Conference now set for June 20, 2005, at 9:00 a.m. be continued to July 25, 2005 at 9:00 a.m.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

   1.   Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action

1 outweighs the best interest of the public and the
2 defendant in a speedy trial;
3 2. Title 18, United States Code, Section 3161(h)(8)(ii) -
4 - that it is unreasonable to expect adequate
5 preparation for pre-trial proceedings or for the trial
6 itself with the time limits established due to the
7 complexity of the case.

Respectfully submitted,

Dated:  June 16, 2005

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Michael Careatti

Dated:  June 16, 2005

/s/ Jonathon B. Conklin
Jonathon B. Conklin,
Assistant U.S. Attorney

### ORDER

IT IS SO ORDERED.  Good cause having been shown, the Hearing set for June 20, 2005, is vacated and continued to July 25, 2005 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

**AS COURT WILL NOT BE IN SESSION ON JULY 25, 2005 THE HEARING IS CONTINUED TO AUGUST 1, 2005 AT 9:00 AM.**

Dated:  June _30, 2005

```
                              /s/ OLIVER W. WANGER
                              _____
                              Honorable Oliver W. Wanger,
                              U.S. District Court Judge
```