ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
MARK LLOYD RUDY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>          Plaintiff,           )<br>                                )<br>     vs.                        )<br>                                )<br>MARK LLOYD RUDY,                )<br>                                )<br>          Defendant.            ) | Case No.: CR-F-04-5172 REC<br><br>STIPULATION MODIFYING CONDITIONS<br>OF RELEASE AND PROPOSED ORDER |

/ / /

/ / /

/ / /

Stipulation and Proposed Order
Modifying Conditions of Release

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby stipulated between the Defendant, Mark Lloyd Rudy, by and through his legal counsel, Anthony P. Capozzi, and the Plaintiff, United States of America, by and through Assistant United States Attorney, David Gappa, that Defendant's Conditions of Release be modified to allow him unsupervised visitation with his son, Ryan Rudy, since Ryan Rudy has recently moved to the ay Area to live with Mr. Rudy's brother.  This Modification would allow Mr. Rudy to visit with his son and transport him to school and other social events.

Respectfully submitted,

Dated:  March 20, 2006

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
Mark Lloyd Rudy

Dated:  March 20, 2006

/s/ David Gappa
David Gappa
Assistant United States Attorney

- 2 -

Stipulation and Proposed Order
Modifying Conditions of Release

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED that Defendant, Mark Lloyd Rudy's, release conditions be modified to allow him to have unsupervised visits with his son, Ryan Rudy.

Dated:  March _27, 2006

/S/ OLIVER W. WANGER
Honorable Oliver W. Wanger
United States District Court Judge

- 3 -

Stipulation and Proposed Order
Modifying Conditions of Release

PDF created with pdfFactory trial version www.pdffactory.com