1 | ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
2 | 1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
3 | Telephone:  (559) 221-0200
Fax:  (559) 221-7997
4 | E-mail:  capozzilaw@aol.com

5 | Attorney for Defendant,
MARK LLOYD RUDY
6 | `1

7

8 |              IN THE UNITED STATES DISTRICT COURT

9 |             EASTERN DISTRICT OF CALIFORNIA, FRESNO

10 |                        * * * * *

11

12 | UNITED STATES OF AMERICA,        ) Case No.: CR-F-04-5172 REC
                                 )
13 |           Plaintiff,           ) STIPULATION MODIFYING CONDITIONS
                                 ) OF RELEASE AND  ORDER
                                 )
14 |      vs.                       )
                                 )
15 | MARK LLOYD RUDY,                )
                                 )
16 |           Defendant.           )

17

18 |      It is hereby stipulated between the Defendant, Mark Lloyd

19 | Rudy, by and through his legal counsel, Anthony P. Capozzi, and

20 | the Plaintiff, United States of America, by and through Assistant

21 | United States Attorneys, David Gappa and Sheila Oberto, that

22 | Defendant's Conditions of Release be modified to allow him to

23 | travel to within the Central District of California as well as the

24 | Eastern and Northern Districts of California without restrictions.

25 | / / /

26 | / / /

27 | / / /

28

                            - 1 -
                                    Stipulation and Proposed Order
                                    Modifying Conditions of Release

PDF created with pdfFactory trial version www.pdffactory.com

1    This Modification would allow Mr. Rudy to regularly conduct

2 business in the Los Angeles area as he is required to do for his

3 employer.

4                                        Respectfully submitted,

5 Dated:   August 23, 2006

6                                        /s/ Anthony P. Capozzi
                                         _____
7                                        Anthony P. Capozzi,
                                         Attorney for Defendant,
8                                        Mark Lloyd Rudy

9

10 Dated:   August 23, 2006

11                                       /s/ David Gappa
                                         _____
                                         David Gappa
12                                       Assistant United States Attorney

13

14 Dated:   August 23, 2006

                                         /s/ Shelia Oberto
15                                       _____
                                         Sheila Oberto
                                         Assistant United States Attorney
16

17

18                              **ORDER**

19

20    IT IS HEREBY ORDERED that Defendant, Mark Lloyd Rudy's,

21 release conditions be modified to allow him to travel throughout

22 the Central, Eastern and Northern Districts of California without

23 restrictions.

24 Dated:   August 25, 2006

25

26                                       /s/Oliver W. Wanger
                                         Honorable Oliver W. Wanger
27                                       United States District Court Judge

28

- 2 -

Stipulation and Proposed Order
Modifying Conditions of Release

PDF created with pdfFactory trial version www.pdffactory.com