```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,      )
                               )
              Plaintiff        )       1:04-CR-5172 OWW
                               )
     v.                        )
                               )
MARK LLOYD RUDY,               )
                               )
              Defendant        )       ORDER EXTENDING DATE TO
_____)       SELF-SURRENDER
```

   Pursuant to the agreement of counsel, the date in which the defendant shall self-surrender to the designated facility or to the United States Marshal is extended from March 1, 2007 to March 8, 2007 by 2:00 p.m.

Dated: March 1, 2007                   /s/ OLIVER W. WANGER
                                       _____
                                       OLIVER W. WANGER
                                       United States District Judge

1