UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:04-cr-5172 OWW |
| Plaintiff, | ) | EDCA Case No. |
| vs. | ) | |
| | ) | 3-04-mj-30252 MEJ |
| MARK RUDY, | ) | NDCA Case No. |
| | ) | |
| Defendants. | ) | |
| _____ | ) | ORDER EXONERATING BOND |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the bond in this matter is exonerated.

The Clerk of the Court for the Northern District of California is requested to reconvey the property which was posted in this matter.

Dated: __March 16, 2007         _/s/ OLIVER W. WANGER_____
                                OLIVER W. WANGER
                                United States District Judge