UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 1:04-cr-5172 OWW |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR RETURN OF |
| **RUDY MARK LLOYD,** | ) | PASSPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above-named defendant having surrendered to the custody of the Bureau of Prisons in this matter;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Passport No.: 208528820

Receipt No:    100-200517
IT IS SO ORDERED.

Dated:   January 22, 2008              /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE