**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MARK LLOYD RUDY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARK LLOYD RUDY, <br><br> Defendant | Case No. 1:04-CR-05172-DAD-SKO <br><br> **STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF THE DISTRICT** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY:

 **COMES NOW** Defendant, MARK RUDY, by and through his attorney of record, DAVID A. TORRES hereby requesting that the defendant be allowed to travel out of the Eastern District from October 28, 2016 through October 30, 2016.

 Mr. Rudy's father passed away Monday evening, October 17, 2016. Funeral arrangements are scheduled in Fremont, California. The private viewing will take place Friday evening and the church services will be held Saturday. During his stay in Fremont, he will be staying with his mother, Madelyn Rudy who resides at 4984 Mansbury Street in Fremont, California.

 I have spoken to Grant Rabenn and he has no objection to allowing the defendant to travel to Fremont, CA.

**IT IS SO STIPULATED.**

| | |
|---|---|
| | Respectfully Submitted, |
| DATED:  10/24/16 | */s/ David A Torres* |
| | DAVID A. TORRES |
| | Attorney for Defendant |
| | MARK RUDY |
| | |
| DATED: 10/24/16 | */s/ Grant Rabenn* |
| | GRANT RABENN |
| | Assistant U.S. Attorney |

# ORDER

Having confirmed that the U.S. Probation Office has no objection under the circumstances, the above named defendant is allowed to travel to Fremont, California to attend his father's funeral services from October 28, 2016 through October 30, 2016.  In addition, the defendant is directed to appear in the U.S. Probation Office in Bakersfield on October 31, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **October 25, 2016**                                    _Dale A. Drozd_
                                                                                    UNITED STATES DISTRICT JUDGE