**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MARK RUDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 04-CR-05172 |
|---|---|
| Plaintiff, | ) **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
| vs. | ) |
| MARK RUDY, | ) |
| Defendant | ) |

Defendant, MARK RUDY, hereby waives his/her appearance in person in open court upon the status conference set for Monday, November 21, 2016 in Courtroom 7 of the above entitle court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 11/18/16                                             */s/Mark Rudy*_____
                                                                        MARK RUDY

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant MARK RUDY is hereby excused from appearing at this court hearing scheduled for November 21, 2016.

IT IS SO ORDERED.

Dated:   **November 18, 2016**              */s/ Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE