**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MARK RUDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARK RUDY,<br><br>    Defendant | Case No.: 1:04-cr-05172-DAD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE ~~SENTENCING~~ STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARK RUDY, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Tuesday, January 17, 2017 be continued to Monday, February 27, 2017.

I previously spoke to AUSA David Gappa and have informed him that I unavailable to appear for status on January 17, 2017. The Government does not object to continuing this matter to February 27, 2017.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 1/9/17                                                     */s/ David A Torres*
                                                                  DAVID A. TORRES
                                                                  Attorney for Defendant
                                                                  MARK RUDY


DATED: 1/9/17                                                     */s/David Gappa*
                                                                  DAVID GAPPA
                                                                  Assistant U.S. Attorney


# ORDER

**IT IS SO ORDERED** that the 2nd Status Conference re Violation of Supervised Release Hearing (sentencing) is continued from January 17, 2017 at 2:00 PM before Judge McAuliffe to Monday, February 27, 2017 at 2:00 PM before Judge McAuliffe on the Duty calendar.

IT IS SO ORDERED.

Dated:  **January 10, 2017**                     /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE