**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
MARK LLOYD RUDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARK LLOYD RODY,<br><br>　　　　Defendant | ) Case No.: 1:04-CR-05172 DAD<br>)<br>)<br>) **DEFENDANTS REQUEST AND WAIVER**<br>) **OF APPEARANCE; ORDER**<br>)<br>)<br>)<br>)<br>) |

Defendant, MARK LLOYD RUDY, hereby waives his appearance in person in open court upon the status conference set for February 27, 2017 of the above entitle court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 2/23/17                                                            */s/ Mark Lloyd Rudy*_____ ___
                                                                                 MARK LLOYD RUDY


Dated: 2/23/17                                                          */s/David A. Torres*_____
                                                                                 DAVID A. TORRES
                                                                                 Attorney for Defendant
                                                                                 MARK LLOYD RUDY

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant MARK LLOYD RUDY is hereby excused from appearing at the 2nd Status Conference re Violation of Supervised Release hearing scheduled for Monday, February 27, 2017 at 2:00PM before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **February 23, 2017**              /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE