| | |
|---|---|
| 1 | DAVID A. TORRES AND ASSOCIATES |
| 2 | David A. Torres, SBN135059 |
| | 1318 K. Street |
| 3 | Bakersfield, CA 93301 |
| | Tel: (6610326-0857 |
| 4 | Fax: (661)326-0936 |
| | Email: dtorres@lawtorres.com |
| 5 | |
| 6 | Attorney for: |
| | MARK RUDY |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:04-cr-05172-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| MARK RUDY, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARK RUDY, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, June 5, 2017 be continued to July 10, 2017.

Due to recent motion deadlines in federal and state matters I am requesting additional time to prepare a sentencing statement on behalf of Mr. Rudy. I recently reviewed the probation recommendation and have not had an opportunity to review the report with Mr. Rudy as of yet due to conflicting schedules. I have spoken to AUSA Gappa, and he has no objection to continuing the sentencing hearing.

Based upon the foregoing stipulation, counsel requests that the sentencing set for June 5, 2017 be continued to Monday, July 10, 2017 at 10:00 a.m.

///

1

| | |
|---|---|
| **IT IS SO STIPULATED.** | |
| DATED: June 1, 2017 | Respectfully Submitted,<br>*/s/ David A Torres*<br>DAVID A. TORRES<br>Attorney for Defendant<br>MARK RUDY |
| DATED: June 1, 2017 | */s/David Gappa*<br>DAVID GAPPA<br>Assistant U.S. Attorney |

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for June 5, 2017, is continued until July 10, 2017, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **June 1, 2017**

UNITED STATES DISTRICT JUDGE